UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Ramon Moreno DEFENDANT(S). | CASE NUMBER 5:12-MJ-00463 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of _____, IT IS ORDERED that a detention hearing is set for 12/14/2012 , _____ , at 1:30 ☐ a.m. / ☒ p.m. before the Honorable SHERI PYM , in Courtroom 4- 3rd Floor .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: 12-12-12

SHERI PYM
~~U.S. District Judge~~/Magistrate Judge